4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

AUG 1 5 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| NOVA/LINK AND SERVICIOS INDUSTRIALES NOVA LINK, S.A. de C.V., Plaintiffs, v. INDIANA KNITWEAR CORPORATION, Defendant. | § § § § § § § § § § § § CIVIL ACTION NO. B-02-148 |

## DEFENDANT'S DISCLOSURE OF FINANCIALLY INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **INDIANA KNITWEAR CORPORATION**, Defendant in the above-entitled and numbered cause, and designates the following persons/entities who may have a financial interest in the outcome of this matter:

1. Nova/Link - Plaintiff
2. Servicios Industrialez Nova Link, S.A. de C.V. - Plaintiff
   c/o their attorneys of record:
   W. Michael Taylor, Esq.
   Griffin & Matthews
   1155 Dairy Ashford, Suite 300
   Houston, Texas 77079
   Tel: (281) 870-1124
   Fax: (281) 870-1647

3. Indiana Knitwear Corporation - Defendant
   c/o its attorneys of record:
   James H. Hunter, Jr.
   Keith N. Uhles
   Royston, Rayzor, Vickery & Williams
   P.O. Box 3509
   Brownsville, Texas 78521
   Tel: (956) 542-4377
   Fax: (956) 542-4370

50175:1024825.1:081402

Respectfully submitted,

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

By: _____
James H. Hunter, Jr.
Texas State Bar No. 00784311
Federal ID No. 15703
Keith N. Uhles
Texas State Bar No. 20371100
55 Cove Circle
P.O. Box 3509
Brownsville, Texas 78523-33509
Tel: (956) 542-4377
Fax: (956) 542-4370
**ATTORNEYS IN CHARGE FOR DEFENDANT, INDIANA KNITWEAR CORPORATION**

Of Counsel:

William N. Berkowitz
Rheba Rutkowski
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
Tel: (617) 951-8000
Fax: (707) 924-1837

## CERTIFICATE OF SERVICE

I hereby certify that I have, on this the 15th day of August, 2002, deposited a true and correct copy of the foregoing in the **U.S. First Class Mail,** and properly addressed to:

W. Michael Taylor, Esq.
Griffin & Matthews
1155 Dairy Ashford, Suite 300
Houston, Texas 77079

_____
**James H. Hunter, Jr.**