IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 6 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| NOVA/LINK AND SERVICIOS INDUSTRIALES NOVA LINK, S.A. de C.V., <br>     Plaintiffs, <br><br> v. <br><br> INDIANA KNITWEAR CORPORATION <br>     Defendant. | § § § § § § § § § § | CIVIL ACTION NO. B-02-148 |

**PLAINTIFFS' DISCLOSURE OF INTERESTED PARTIES**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, NOVA/LINK and SERVICIOS INDUSTRIALES NOVA LINK, S.A. de C.V., Plaintiffs in the above entitled and numbered cause, and designates the following persons/entities who may have a financial interest in the outcome of this matter:

1. Nova/Link – Plaintiff
2. Servicios Industriales Nova Link, S.A. de C.V. – Plaintiff
   c/o attorneys of record:
   Samuel S. Griffin, III
   W. Michael Taylor
   Griffin & Matthews
   1155 Dairy Ashford, Suite 300
   Houston, Texas 77079
   Ph: (281) 870-1124
   Fax: (281) 870-1647

3. Richard William Wolfe

4. Rene Gonzalez Rascon

5. Sergio Arguelles Gutierrez

Respectfully submitted,

GRIFFIN & MATTHEWS

BY: _____ for
SAMUEL S. GRIFFIN, III
Texas Bar No. 08473800
1155 Dairy Ashford, Suite 300
Houston, Texas 77079
(281) 870-1124 - telephone
(281) 870-1647 - fax

ATTORNEY-IN-CHARGE

OF COUNSEL:

W. MICHAEL TAYLOR
Texas Bar No. 00789675
GRIFFIN & MATTHEWS
1155 Dairy Ashford, Suite 300
Houston, Texas 77079
(281) 870-1124
(281) 870-1647 (Fax)

ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to the following counsel of record, via facsimile, on the _____ day of August, 2002:

James H. Hunter, Jr.
Keith N. Uhles
Royston, Rayzor, Vickery & Williams
P.O. Box 3509
Brownsville, TX 78521

William N. Berkowitz
Rheba Rutkowski
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110

                                                          _____
                                                          W. MICHAEL TAYLOR