IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 2 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| NOVA/LINK AND SERVICIOS | § | |
| INDUSTRIALES NOVA LINK, | § | |
| S.A. de C.V., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-148 |
| | § | |
| INDIANA KNITWEAR CORPORATION | § | |
| Defendant. | § | |

## PLAINTIFFS' REPLY TO DEFENDANT'S COUNTERCLAIM

Plaintiffs, NOVA/LINK AND SERVICIOS INDUSTRIALES NOVA LINK, S.A. de C.V., file this Reply to Defendant's Counterclaim, and in support thereof would respectfully show the Court as follows:

### Introduction

1.    Plaintiffs deny the allegations contained in the introductory paragraph of Defendant's Counterclaim.

### The Parties

2.    Plaintiffs admit the allegations contained in paragraph 1 of the Counterclaim.

3.    Plaintiffs admit the allegations contained in paragraph 2 of the Counterclaim.

4.    Plaintiffs admit the allegations contained in paragraph 3 of the Counterclaim.

5.    Plaintiffs admit the allegations contained in paragraph 4 of the Counterclaim.

## Jurisdiction and Venue

6.    Plaintiffs admit the allegations contained in paragraph 5 of the Counterclaim.

**7.**    Plaintiffs admit the allegations contained in paragraph 6 of the Counterclaim.

## Facts Common to all Counts

8.    Plaintiffs admit the allegations contained in paragraph 7 of the Counterclaim.

9.    Plaintiffs admit the allegations contained in paragraph 8 of the Counterclaim.

**10.    Plaintiffs deny the allegations contained in paragraph 9 of the Counterclaim.**

11.    Plaintiffs deny the allegations contained in paragraph 10 of the Counterclaim.

12.    Plaintiffs deny the allegations contained in paragraph 11 of the Counterclaim.

13.    Plaintiffs deny the allegations contained in paragraph 12 of the Counterclaim.

14.     Plaintiffs admit the allegations contained in paragraph 13 of the Counterclaim.

15.     Plaintiffs admit that it sent a letter claiming that Defendant was responsible for severance pay, but deny the remaining allegations contained in paragraph 14 of the Counterclaim.

16.     Plaintiffs deny the allegations contained in paragraph 15 of the Counterclaim.

17.     Plaintiffs deny the allegations contained in paragraph 16 of the Counterclaim.

18.     Plaintiffs deny the allegations contained in paragraph 17 of the Counterclaim.

19.     Plaintiffs deny the allegations contained in paragraph 18 of the Counterclaim.

20.     Plaintiffs deny the allegations contained in paragraph 19 of the Counterclaim.

21.     Plaintiffs deny the allegations contained in paragraph 20 of the Counterclaim.

22.     Plaintiffs deny the allegations contained in paragraph 21 of the Counterclaim.

**Count I**
**(Conversion)**

23.     Plaintiffs either admit or deny the allegations incorporated into paragraph 22 of the Counterclaim as detailed above.

24.     Plaintiffs deny the allegations contained in paragraph 23 of the Counterclaim.

25.     Plaintiffs deny the allegations contained in paragraph 24 of the Counterclaim.

26.     Plaintiffs deny the allegations contained in paragraph 25 of the Counterclaim.

27.     Plaintiffs deny the allegations contained in paragraph 26 of the Counterclaim.

28.     Plaintiffs deny the allegations contained in paragraph 27 of the Counterclaim.

29.     Plaintiffs deny the allegations contained in paragraph 28 of the Counterclaim.

### Count II
### (Trespass To Chattels)

30.     Plaintiffs either admit or deny the allegations incorporated into paragraph 29 of the Counterclaim as detailed above.

31.     Plaintiffs deny the allegations contained in paragraph 30 of the Counterclaim.

32.     Plaintiffs deny the allegations contained in paragraph 31 of the Counterclaim.

33.    Plaintiffs deny the allegations contained in paragraph 32 of the Counterclaim.

34.    Plaintiffs deny the allegations contained in paragraph 33 of the Counterclaim.

35.    Plaintiffs deny the allegations contained in paragraph 34 of the Counterclaim.

## Count III
## (Violation of Bailment)

36.    Plaintiffs either admit or deny the allegations incorporated into paragraph 35 of the Counterclaim as detailed above.

37.    Plaintiffs deny the allegations contained in paragraph 36 of the Counterclaim.

38.    Plaintiffs deny the allegations contained in paragraph 37 of the Counterclaim.

39.    Plaintiffs deny the allegations contained in paragraph 38 of the Counterclaim.

40.    Plaintiffs deny the allegations contained in paragraph 39 of the Counterclaim.

41.    Plaintiffs deny the allegations contained in paragraph 40 of the Counterclaim.

## Count IV
## (Breach of Contract)

42.    Plaintiffs either admit or deny the allegations incorporated into paragraph 41 of the Counterclaim as detailed above.

43.    Plaintiffs deny the allegations contained in paragraph 42 of the Counterclaim.

44.    Plaintiffs deny the allegations contained in paragraph 43 of the Counterclaim.

45.    Plaintiffs deny the allegations contained in paragraph 44 of the Counterclaim.

## Count V
## (Restitution/Unjust Enrichment)

46.    Plaintiffs either admit or deny the allegations incorporated into paragraph 45 of the Counterclaim as detailed above.

47.    Plaintiffs deny the allegations contained in paragraph 46 of the Counterclaim.

48.    Plaintiffs deny the allegations contained in paragraph 47 of the Counterclaim.

49.    Plaintiffs deny the allegations contained in paragraph 48 of the Counterclaim.

50.    Plaintiffs deny the allegations contained in paragraph 49 of the Counterclaim.

51.    Plaintiffs deny the allegations contained in paragraph 50 of the Counterclaim.

52.     Plaintiffs deny the allegations contained in paragraph 51 of the Counterclaim.

## Count VI
### (Declaratory Judgment)

53.     Plaintiffs either admit or deny the allegations incorporated into paragraph 52 of the Counterclaim as detailed above.

54.     Plaintiffs deny the allegations contained in paragraph 53 of the Counterclaim.

55.     Plaintiffs deny the allegations contained in paragraph 54 of the Counterclaim.

56.     Plaintiffs deny the allegations contained in paragraph 55 of the Counterclaim.

57.     Plaintiffs deny the allegations contained in paragraph 56 of the Counterclaim.

58.     Plaintiffs deny the allegations contained in paragraph 57 of the Counterclaim.

59.     Plaintiffs deny the allegations contained in paragraph 58 of the Counterclaim.

60.     Plaintiffs deny the allegations contained in paragraph 59 of the Counterclaim.

WHEREFORE, Plaintiffs, NOVA/LINK AND SERVICIOS INDUSTRIALES NOVA LINK, S.A. de C.V.,, prays that Defendant take nothing by way of its Counterclaim, and for such other and further relief to which Defendant may be entitled.

Respectfully submitted,

GRIFFIN & MATTHEWS

BY: _____
SAMUEL S. GRIFFIN, III
Texas Bar No. 08473800
1155 Dairy Ashford, Suite 300
Houston, Texas 77079
(281) 870-1124 - telephone
(281) 870-1647 - fax

ATTORNEY-IN-CHARGE

OF COUNSEL:

W. MICHAEL TAYLOR
Texas Bar No. 00789675
GRIFFIN & MATTHEWS
1155 Dairy Ashford, Suite 300
Houston, Texas 77079
(281) 870-1124
(281) 870-1647 (Fax)

ATTORNEYS FOR PLAINTIFFS

8

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to the following counsel of record, via Certified Mail, Return Receipt Requested, on November 26, 2002:

James H. Hunter
Royston, Razor, Vickery & Williams
P.O. Box. 3509
Brownsville, Texas 78521

William N. Berkowitz
Rheba Rutkowski
Bingham McCuthchen, LLP
150 Federal Street
Boston, MA 02110


W. MICHAEL TAYLOR