IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **NOVA/LINK AND SERVICIOS INDUSTRIALES NOVA LINK, S.A. de C.V.,** | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. B-02-148 |
| **INDIANA KNITWEAR CORPORATION,** | § § § | |
| Defendant. | § | |

### ORDER

BE IT REMEMBERED that on December 4, 2002, the Court **ORDERED** the Parties to submit a Joint Discovery / Case Management Plan in compliance with Court Chamber Rule 7(A)(1) no later than 2:00 p.m. on Monday, December 9, 2002.

DONE at Brownsville, Texas, this 4th day of December, 2002.

Hilda G. Tagle
United States District Judge