IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **NOVA/LINK AND SERVICIOS INDUSTRIALES NOVA LINK, S.A. de C.V.** | § § § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. B-02-148 |
| **INDIANA KNITWEAR CORPORATION,** | § § § | |
| Defendant. | § | |

### ORDER

BE IT REMEMBERED that on December 10, 2002, the Court considered the Parties' Joint Discovery / Case Management Plan [Dkt. No. 9], in which they indicate the Parties do not object to trial before a magistrate judge [¶ 16].

The case is hereby **REFERRED** to Magistrate Judge Felix Recio. The initial pre-trial conference scheduled before Judge Tagle on December 16, 2002, is cancelled. A new scheduling order will be issued contemporaneously in which the pre-trial conference before Judge Recio will be set for the same date.

DONE at Brownsville, Texas, this 10th day of December, 2002.

Hilda G. Tagle
United States District Judge