**MINUTES**

**Felix Recio, United States Magistrate Judge**
**Southern District of Texas, Brownsville Division**

United States District Court
Southern District of Texas
FILED

DEC 1 6 2002

Michael N. Milby
Clerk of Court

LAW CLERK:     Ryan A Byrd

Date:     Dec 16, 2002, 1:45 pm

-----------------------------------------------------------------
                    **C.A. NO.  B-02-148  (HGT)**
-----------------------------------------------------------------

NOVA/LINK AND                              * Samuel S. Griffin, III
                                             & W. Michael Taylor
SERVICIOS INDUSTRIALES NOVA LINK,*
S.A. de C.V.

      VS                                   *

INDIANA KNITWEAR CORPORATION               * James H. Hunter,
                                             Jon D. Brooks,
                                             & William N. Berkowitz
-----------------------------------------------------------------

**SCHEDULING CONFERENCE**

Attorney Hunter appeared. Attorney Taylor was present telephonically.

The parties consented to trial before the Magistrate. A 636(c) consent will be submitted.

The parties agreed to the docket dates. A scheduling order will be issued.