| | |
|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

NOVA/LINK AND SERVICIOS § 
INDUSTRIALES NOVA LINK, S.A. de C.V.

VS § C.A. NO. B-02-148

INDIANA KNITWEAR CORPORATION §

United States District Court
Southern District of Texas
ENTERED

**DEC 1 9 2002**

Michael N. Milby, Clerk of Court
By Deputy Clerk

## SCHEDULING ORDER

1. Trial: Estimated time to try: 3 days.  ☐ Bench   ☐ Jury

2. New parties must be joined by:  
   *Furnish a copy of this scheduling order to new parties.*  
   May 01, 2003

3. The party with the burden of proof on a particular issue will name its experts with a report furnished by:  
   July 15, 2003

4. Expert witnesses used for rebuttal purposes must be named with a report furnished within 30 days of the deposition of the party with the burden of proof's expert.  
   August 15, 2003

5. Discovery must be completed by:  
   September 01, 2003

6. If additional time is required, a motion should be filed no later then:  
   August 22, 2003

******************** The court will provide these dates. ********************

7. Dispositive Motions will be filed by:  
   September 01, 2003

8. Joint pretrial order is due:  
   *The plaintiff(s) is responsible for filing the pretrial order on time.*  
   September 24, 2003

9. Docket call and final pretrial conference before Judge Recio is set for 1:30 p.m. on:  
   October 06, 2003

The case will remain on standby until tried.

Signed December 16, 2002, at Brownsville, Texas.

Felix Recio  
United States Magistrate Judge