

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 17 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| NOVA/LINK AND SERVICIOS INDUSTRIALES NOVA LINK, S.A. de C.V., <br> Plaintiffs, <br><br> v. <br><br> INDIANA KNITWEAR CORPORATION <br> Defendant. | § § § § § § § § § § § |

CIVIL ACTION NO. B-02-148

## STIPULATION FOR EXTENSION OF TIME FILE RESPONSIVE PLEADINGS

Plaintiffs, NOVA/LINK AND SERVICIOS INDUSTRIALES NOVA LINK, S.A. de C.V., and Defendant INDIANA KNITWEAR CORPORATION file this Stipulation for Extension of Time to File Responsive Pleadings to Defendant's Motion for Partial Summary Judgment.

Therefore, it is so stipulated that Plaintiffs' Response will be due on Monday, December 23, 2002.

STIPULATED TO BY:

Date: December 16th, 2002

GRIFFIN & MATTHEWS

By: _____
Samuel S. Griffin, III
State Bar No. 08473800
W. Michael Taylor
State Bar No. 00789675
1155 Dairy Ashford, Suite 300
Houston, Texas 77079
Telephone: (281) 870-1124
Facsimile: (281) 870-1647

**ATTORNEYS FOR PLAINTIFFS,
NOVA/LINK and SERVICIOS
INDUSTRIALES NOVA LINK, S.A. de C.V.**

Date: December 16th, 2002

**ROYSTON, RAZOR, VICKERY & WILLIAMS**

By: _____ *By permission WHT*
James H. Hunter
Attorney-in-Charge
State Bar No. 00784311
55 Cove Circle
P.O. Box 3509
Brownsville, Texas 78523
Telephone: 956-542-4377
Facsimile: 956-542-4370

and

OF COUNSEL:

**BINGHAM MCCUTHCHEN, LLP**
William N. Berkowitz
Rheba Rutkowski
150 Federal Street
Boston, MA 02110
Telephone: 617-951-8000
Facsimile: 707-924-1837

**ATTORNEYS FOR DEFENDANT INDIANA KNITWEAR CORPORATION**

2