==================================================================
UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS
==================================================================

NOVA/LINK AND SERVICIOS  
INDUSTRIALES NOVA LINK, S.A. de C.V.  
VS  * C.A. NO. B-02-148

INDIANA KNITWEAR CORPORATION *

United States District Court  
Southern District of Texas  
FILED  
FEB 1 0 2003  
Michael N. Milby  
Clerk of Court

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| W. MICHAEL TAYLOR | PLAINTIFFS | 2/4/03 |
| JAMES H. HUNTER | DEFENDANT | 2/7/03 |

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

**Felix Recio**

to conduct all further proceedings, including final judgment.

2/10/03  
Date

United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY</u> IF ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.