# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS DIVISION
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| NOVA/LINK AND SERVICOS INDUSTRIALES NOVA LINK, S.A. de C.V. | * | |
| vs | * | CIVIL ACTION NO. B02-148 (636(c)) |
| INDIANA KNITWEAR CORPORATION | * | |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

### HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT

March 17, 2003, 1:00 P.M.

BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO

PLACE:   U.S. Federal Building & Courthouse
600 E. Harrison, 2nd Floor
Brownsville, TX 78520

BY ORDER OF THE COURT

March 03, 2003

cc:   Counsel of Record