03/07/2003 Case 1:02-cv-00148    Document 18    ROYSTON RVW LLP on 03/12/2003    Page 1 of 1    002/002
13:47    GRIFFIN & MATTHEWS → 19565424370    NO.043

18

# GRIFFIN & MATTHEWS
*Attorneys at Law*

March 7, 2003

HOUSTON
1150 DAIRY ASHFORD, SUITE 300
HOUSTON, TEXAS 77079

(281) 870-1124
FAX: (281) 870-1647

United States District Court
Southern District of Texas
FILED

MAR 12 2003

Michael N. Milby
Clerk of Court

BEAUMONT
SANTA FE DEPOT
400 NECHES @ CROCKETT
BEAUMONT, TEXAS 77701

(409) 833-9095
FAX: (409) 832-1080

Mr. James H. Hunter
Royston, Razor, Vickery & Williams
P.O. Box. 3509
Brownsville, Texas 78521

*Via Facsimile: 956-542-4370*

Re:   C.A. No. B-02-148; *Nova/Link and Servicios Industriales Nova Link, S.A. de C.V. vs. Indiana Knitwear Corporation*; In the United States District Court, Southern District of Texas – Brownsville Division

Dear Mr. Hunter:

In connection with the above referenced matter, this letter will confirm your conversation with my legal assistant, Trudie, that the following will now be due on March 21, 2003:

- Plaintiffs' Answers To Defendant's, Indiana Knitwear Corporation First Set Of Interrogatories;
- Plaintiffs' Responses To Defendant's, Indiana Knitwear Corporation First Set Of Requests For Admission; and
- Plaintiffs' Answers To Defendant's, Indiana Knitwear Corporation First Set Of Requests For Production Of Documents

If the above does not comport with your understanding, please contact me immediately. Otherwise, please reflect your agreement by signing below in the space provided and return a copy of this letter to my office so that I may file it pursuant to Rule 11 of the Texas Rules of Civil Procedure.

I appreciate your assistance in this regard.

Very truly yours,

W. Michael Taylor
For the Firm

WMT:tat

JAMES H. HUNTER