COURTROOM MINUTES: **Felix Recio Judge Presiding**
Southern District of Texas, Brownsville Division

United States District Court
Southern District of Texas
FILED

MAR 1 7 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| Courtroom Clerk | : | M Garcia |
| ERO | : | G Medieta |
| CSO | : | |
| Law Clerk | : | R Bryd |
| Date | : | March 17, 2003 at 01:10 p.m. |

CIVIL CASE NO. B-02-148 (636(c))

Nova/Link and Services et al                    *       W Michael Taylor

vs                                              *

Indiana K Itwear Corporation                    *       J Hunter

### DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

W Michael Taylor present for plaintiffs;
J H Hunter present for defendant;

J Hunter addresses the Court; Counsel states the facts of the case;
Counsel addresses the Counter-Claim for conversion and states there is equipment being held by Plaintiffs that belong to the defendant;
Counsel further states documents show plaintiffs' provide all Mexican requirements;

W Michael Taylor addresses the Court and informs the Court that an agreement as to severance pay was never signed;
Counsel further argues his defense for the Summary Judgment;
Counsel states he is withdrawing the Motion for Continuance;

The Court will take a 5 minute recess;

The Court requests information as to the severance pay;
W Michael Taylor states the pay is $160,000

The Court states the need to protect the interest of both parties;
The Court Grants the Motion for Partial Summary Judgement and orders the equipment delivered to the United States;
The Court further orders the defendant to place a bond on the equipment;
The Court orders J Hunter to prepare the order for the Court by 03/28/03;

Court adjourned.