```
                                                                    1
                   UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF TEXAS        APR 1 8 2003
                        BROWNSVILLE DIVISION
                                                     Michael N. Milby
                                                      Clerk of Court
```

| | |
|---|---|
| NOVA/LINK & SERVICES | Case No.: CR B 02-148 |
| Plaintiff, | Brownsville, Texas |
| v. | March 17, 2003 |
| | Time: |
| INDIANA KNITWEAR, CORP., | |
| Defendant. | |

```
        TRANSCRIPT OF HEARING ON MOTION FOR SUMMARY JUDGMENT
              BEFORE THE HONORABLE JUDGE FELIX RECIO
                  UNITED STATES MAGISTRATE JUDGE
```

APPEARANCES:

For the Plaintiffs:       GRIFFIN & MATTHEWS
                          By:  W MICHAEL TAYLOR, II
                          1155 DAIRY ASHFORD, #300
                          Houston, Texas 77079

For the Defendant:        JAMES HUNTER
                          55 Cove Circle
                          Brownsville, Texas 78523

Electronic Recording Operator: Gabriel Mendieta

Proceedings recorded by electronic sound recording, transcript produced by Davila & Associates, Incorporated, 4900 North 23rd Street, McAllen, Texas 78504.

DAVILA & ASSOCIATES, INC.
4900 NORTH 23RD STREET
MCALLEN, TEXAS, 78504