IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 6 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| NOVA/LINK AND SERVICIOS INDUSTRIALES NOVA LINK, S.A. de C.V., Plaintiffs, | § § § § § |
| v. | § § |
| INDIANA KNITWEAR CORPORATION, Defendant. | § § § |

CIVIL ACTION NO. B-02-148

### NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES JUDGE FOR THE
SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION:

COME NOW Plaintiffs, Nova/Link and Servicios Industriales Nova Link, S.A. de C.V. ("Plaintiffs") and Defendant, Indiana Knitwear Corporation ("Defendant") and pursuant to local Rule 16, give notice of settlement and request this matter remain on the Court's docket pending submission of a Joint Motion to Dismiss with Agreed Order thereon.

I.

Plaintiffs and Defendant reached an agreement to settle on June 5, 2003.

Notwithstanding the above, Plaintiffs and Defendants request that this matter remain on the Court's docket pending submission of a Joint Motion to Dismiss with Agreed Order thereon. Upon execution of the settlement, Plaintiffs and Defendant intend to request removal of this matter from the Court's trial docket.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendant hereby give notice to the Court, pursuant to Local Rule 16, that this matter is settled in principle.

50175:1060686.1:060603

Respectfully submitted,

*Samuel S. Griffin, III, by perm.*
Samuel S. Griffin, III
GRIFFIN & MATTHEWS
Texas Bar No. 08473800
Federal ID. No.
1155 Dairy Ashford, Suite 300
Houston, Texas 77078
(281) 870-1124 - Telephone
(281) 870-1647 - Facsimile

ATTORNEYS FOR PLAINTIFFS

James H. Hunter, Jr.
Texas State Bar No. 00784311
Federal ID No. 15703
ROYSTON, RAYZOR, VICKERY &
WILLIAMS, L.L.P.
P. O. Box 3509
Brownsville, Texas 78523-3509
(956) 542-4377 / (956) 542-4370 – Fax

ATTORNEYS FOR DEFENDANT

OF COUNSEL:

William N. Berkowitz
Rheba Rutkowski
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110