22

## GRIFFIN & MATTHEWS
*Attorneys at Law*

HOUSTON
1155 DAIRY ASHFORD, SUITE 300
HOUSTON, TEXAS 77079

(281) 870-1124
FAX: (281) 870-1647

June 3, 2003

BEAUMONT
SANTA FE DEPOT
400 NECHES @ CROCKETT
BEAUMONT, TEXAS 77701

United States District Court
Southern District of Texas
FILED

JUN 0 6 2003

Michael N. Milby
Clerk of Court

Mr. Juan Barbosa, Chief Deputy Clerk
U.S.D.C., Southern District – Brownsville Division
600 E. Harrison Street
Brownsville, TX 78520

Re: Civil Action No. B-02-148; *Nova/Link and Servicios Industriales Nova Link, S.A. de C.V. vs. Indiana Knitwear Corporation;* In the United States District Court for the Southern District of Texas, Brownsville Division

Dear Mr. Barbosa:

Please be advised I have designated the following weeks for my 2003 vacation schedule:

> July 14-18, 2003;
> July 21-25, 2003;
> October 6-10, 2003; and
> October 13-17, 2003

I would appreciate it if you would consider these dates prior to scheduling any settings/hearings.

I appreciate your assistance in this regard. If you should have any questions, please do not hesitate to call.

Very truly yours,

Samuel S. Griffin, III
For the Firm

SSG:mb
Enclosures

cc: James H. Hunter          *(Via Facsimile: 956-542-4370)*
    Royston, Razor, Vickery & Williams
    P.O. Box. 3509
    Brownsville, Texas 78521

Mr. Juan Barbosa, Chief Deputy Clerk
Page Two
June 3, 2003

cc:   continued

     William N. Berkowitz          *(Via Facsimile: 707-924-1837)*
     Rheba Rutkowski
     Bingham McCuthchen, LLP
     150 Federal Street
     Boston, MA 02110