23

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District **Court**
Southern District of **Texas**
FILED

SEP 2 2 2003

Michael N. **Milby**
Clerk of **Court**

| | |
|---|---|
| NOVA/LINK AND SERVICIOS INDUSTRIALES NOVA LINK, S.A. de C.V., <br>      Plaintiffs, <br><br> v. <br><br> INDIANA KNITWEAR <br>    CORPORATION, <br>      Defendant. | § <br> § <br> § <br> § <br> §   CIVIL ACTION NO. B-02-148 <br> § <br> § <br> § <br> § <br> § |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE UNITED STATES JUDGE FOR THE
SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION:

COME NOW Plaintiffs, Nova/Link and Servicios Industriales Nova Link, S.A. de C.V.

("Plaintiffs") and Defendant/Counter-Claimant, Indiana Knitwear Corporation ("Defendant") and

file this Joint Motion to Dismiss with Prejudice and entry of final judgment pursuant to Rule 42 of

the Federal Rules of Civil Procedure, and would respectfully show onto the Court as follows:

I.

All matters in controversy between Plaintiffs and Defendant have been compromised and

settled.

II.

Plaintiffs and Defendant stipulate and therefore move that Plaintiffs' action against

Defendant and Defendant's action against Plaintiff will be dismissed with prejudice, with costs and

attorney's fees to be borne by the party incurring same.

III.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs, Nova/Link and Servicios

Industriales Nova Link, S.A. de C.V. and Defendant/Counter-Claimant, Indiana Knitwear

50175:1060908.1:060903

Corporation, respectfully pray that this Court grant their Joint Motion to Dismiss with Prejudice, with each party to bear their own costs and attorney's fees.

Respectfully submitted,

Samuel S. Griffin, III , by perm.

Samuel S. Griffin, III
GRIFFIN & MATTHEWS
Texas Bar No. 08473800
Federal ID. No. 9549
1155 Dairy Ashford, Suite 300
Houston, Texas 77078
(281) 870-1124 - Telephone
(281) 870-1647 - Facsimile

ATTORNEYS FOR PLAINTIFFS

James H. Hunter, Jr.
Texas State Bar No. 00784311
Federal ID No. 15703
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
P. O. Box 3509
Brownsville, Texas 78523-3509
(956) 542-4377 / (956) 542-4370 – Fax

ATTORNEYS FOR DEFENDANT

OF COUNSEL:

William N. Berkowitz
Rheba Rutkowski
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110

<u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing document was delivered to all counsel of record on the 22nd day of September, 2003 as follows:

Samuel S. Griffin, III
W. Michael Taylor, Esq.
Griffin & Matthews
1155 Dairy Ashford, Suite 300
Houston, Texas 77079
**VIA U.S. MAIL**

William N. Berkowitz
Rheba Rutkowski
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
**VIA U.S. MAIL**

_____
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NOVA/LINK AND SERVICIOS | § | |
| INDUSTRIALES NOVA LINK, | § | |
| S.A. de C.V., | § | |
|     Plaintiffs, | § | |
| | § | CIVIL ACTION NO. B-02-148 |
| v. | § | |
| | § | |
| INDIANA KNITWEAR | § | |
|    CORPORATION, | § | |
|     Defendant. | § | |

## AGREED ORDER OF DISMISSAL

On this day came on to be heard the Joint Motion to Dismiss With Prejudice of the above-entitled and numbered cause, seeking dismissal of the Plaintiffs' action and the Defendant's counter-claims, with prejudice. The Court is of the opinion and finds that all matters in dispute between the parties have been fully and finally compromised and settled.

It is, therefore, ORDERED, ADJUDGED AND DECREED that the above-entitled and numbered case be dismissed with prejudice to the rights of Plaintiffs and Defendant/Counter-Claimant to re-file same or any part thereof. All costs of court are taxed against the party incurring same.

The Clerk shall send a copy of this Order to counsel for all parties.

**DONE** at Brownsville, Texas this _____ day of _____, 2003.

_____
**HON. FELIX RECIO**
**UNITED STATES MAGISTRATE JUDGE**

50175:1060908.1:060903                                   -4-

APPROVED AS TO FORM AND SUBSTANCE:

Samuel S. Griffin, III
GRIFFIN & MATTHEWS
Texas Bar No. 08473800
Federal ID. No. 9549
1155 Dairy Ashford, Suite 300
Houston, Texas 77078
(281) 870-1124 - Telephone
(281) 870-1647 - Facsimile

ATTORNEYS FOR PLAINTIFFS

James H. Hunter, Jr.
Texas State Bar No. 00784311
Federal ID No. 15703
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
P. O. Box 3509
Brownsville, Texas  78523-3509
(956) 542-4377 / (956) 542-4370 – Fax

ATTORNEYS FOR DEFENDANT

OF COUNSEL:

William N. Berkowitz
Rheba Rutkowski
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA  02110

50175:1060908.1:060903                    -5-