IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NOVA/LINK AND SERVICIOS INDUSTRIALES NOVA LINK, S.A. de C.V., <br> Plaintiffs, <br><br> v. <br><br> INDIANA KNITWEAR CORPORATION, <br> Defendant. | § § § § § § § § § § § | CIVIL ACTION NO. B-02-148 <br> (636(c)) |

## AGREED ORDER OF DISMISSAL

On this day came on to be heard the Joint Motion to Dismiss With Prejudice of the above-entitled and numbered cause, seeking dismissal of the Plaintiffs' action and the Defendant's counter-claims, with prejudice. The Court is of the opinion and finds that all matters in dispute between the parties have been fully and finally compromised and settled.

It is, therefore, ORDERED, ADJUDGED AND DECREED that the above-entitled and numbered case be dismissed with prejudice to the rights of Plaintiffs and Defendant/Counter-Claimant to re-file same or any part thereof. All costs of court are taxed against the party incurring same.

The Clerk shall send a copy of this Order to counsel for all parties.

DONE at Brownsville, Texas this 25th day of September, 2003.

HON. FELIX RECIO
UNITED STATES MAGISTRATE JUDGE

APPROVED AS TO FORM AND SUBSTANCE:

_Samuel S. Griffin, III, by perm._

Samuel S. Griffin, III
GRIFFIN & MATTHEWS
Texas Bar No. 08473800
Federal ID. No. 9549
1155 Dairy Ashford, Suite 300
Houston, Texas 77078
(281) 870-1124 - Telephone
(281) 870-1647 - Facsimile

ATTORNEYS FOR PLAINTIFFS

_/s/_

James H. Hunter, Jr.
Texas State Bar No. 00784311
Federal ID No. 15703
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
P. O. Box 3509
Brownsville, Texas 78523-3509
(956) 542-4377 / (956) 542-4370 – Fax

ATTORNEYS FOR DEFENDANT

OF COUNSEL:

William N. Berkowitz
Rheba Rutkowski
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110